THE BES LINE CONSTRUCTION CO. V. HERBERT TAYLOR.

(Filed February 14, 1906.)

*Error from the Probate Court of Comanche County; before*
*W. H. Hussey, Trial Judge.*

*Dale & Bierer,* and *Charles C. Black,* for plaintiff in
error.

*W. C. Stevens,* and *Sims & Wolverton,* for defendant in
error.

Opinion of the court by

PANCOAST, J.: The questions involved in this case are
identical with those in the case of the *Bes Line Construction
Co. v. William Schmidt,* No. 1557; and upon the authority
of that case, the judgment of the court below is reversed,
and it is ordered that the case be remanded to the probate
court of Comanche county, with direction to vacate the judg-
ment, sustain the motion to quash, and set aside and vacate
the service of summons.

All the Justices concurring.